**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | **No. 16-5854** |
| | ) | **Death Penalty Case** |
| **CAROLYN JORDAN**, Warden, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

**NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF APPLICATION FOR CERTIFICATE OF APPEALABILITY**

COMES NOW Petitioner-Appellant Christa Gail Pike, through undersigned counsel, and pursuant to FED. R. APP. P Rule 28(j) provides notice of additional authority that supports Ms. Pike's Application for Certificate of Appealability. (Application for Certificate of Appealability, R.7.)

**Additional Citation**

*Duane Edward Buck v. Lorie Davis,* 580 U.S. ___ (2017) (No. 15-8049), 2017 WL 685534, at *11-12 (The applicable standard and limited scope of examination courts are to utilize when determining whether to grant a certificate of appealability).

## **Conclusion**

The above-cited supplemental authority supports Ms. Pike's Application for a Certificate of Appealability.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/Stephen A. Ferrell
Stephen A. Ferrell
Asst. Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, the foregoing *Notice of Additional Authority in Support of Application for Certificate of Appealability* was filed electronically. Service was made upon Filing Users through the Electronic Filing System. Service was accomplished via regular U.S. Mail on any participating party or counsel who was not served through the Electronic Filing System.

/s/Stephen A. Ferrell
Stephen A. Ferrell