Case No. 16-5854

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

CHRISTA GAIL PIKE

Petitioner - Appellant

v.

GLORIA GROSS, Warden

Respondent - Appellee

BEFORE: COOK, GRIFFIN and STRANCH, Circuit Judges.

Upon consideration of motion to stay mandate,

It is **ORDERED** that the mandate be stayed to allow appellant's time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: October 02, 2019